IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LOUIS C. BROOKS, JR.**  **PETITIONER**
**#25620-075**

V.  No. 2:23-CV-00065-JM-ERE

**C. EDGE, Acting Warden FCI – Forrest City, Arkansas**  **RESPONDENT**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After careful review, the Court adopts the Recommendation in all respects.

Accordingly, Petitioner's § 2241 petition is DISMISSED without prejudice for failure to exhaust.

IT IS SO ORDERED this 26th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE