IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LOUIS C. BROOKS, JR.**  **PETITIONER**
**#25620-075**

V.   No. 2:23-CV-00065-JM-ERE

**C. EDGE, Acting Warden FCI – Forrest City, Arkansas**   **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, Petitioner's § 2241 petition is dismissed. All habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 26th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE